E-FILED 06/29/12
JS-6
TERM #4 (07/16 HRG)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN SENA<br><br>Plaintiff(s),<br>v.<br>BAC HOME LOANS SERVICING, LP; FEDERAL HOME LOAN MORTGAGE CORPORATION; and DOES 1-100, inclusive<br>Defendant(s). | CASE NUMBER<br><br>CV12-03392 PSG-JCG<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

6/29/2012                                    /s/ Art Hoomiratana
    Date                               Signature of Attorney/Party

Dated: 07/02/12

IT IS SO ORDERED.

[signature]

U.S. DISTRICT JUDGE

NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the a[dverse party of an answer or] summary judgment, whichever first occurs.

F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be d[ismissed before a responsive] pleading or prior to the beginning of trial.

CV-09 (03/10)        NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)